| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESLER, STANLEY R. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>FRANK R. LAUTENBERG U.S.<br>COURTHOUSE & POST OFFICE BLDG<br>NEWARK, NEW JERSEY 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Chesler, Stanley R.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | · | K HOVNANIAN ENTERPRISES |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGE MASON UNIVERSITY LAW SCHOOL, LAW & ECONOMICS CENTER | 11/06/2009 to 11/12/2009 | Captiva, FL | Educational seminar | Lodging, meals and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EVERGREEN SMALL CO. GROWTH FUND, BOSTON, MA | A | Dividend | J | T | | | | | |
| 2. N.J. STATE BOND | A | Interest | | | Redeemed | 2/2/09 | J | A | |
| 3. N.J. STATE BOND | A | Interest | | | Redeemed | 2/2/09 | J | A | |
| 4. BANCO POPULAR, BROOKLYN, NY | D | Interest | N | T | | | | | |
| 5. U.S. TREASURY BILLS FED. RESERVE BANK OF NY | C | Interest | | | Redeemed | 12/31/09 | J | A | |
| 6. BANK OF AMERICA | C | Interest | M | T | | | | | |
| 7. J.P. MORGAN US GOVT MONEY MARKET FUND | B | Dividend | M | T | | | | | |
| 8. INVESCO 500 INDEX FUND | A | Dividend | M | T | | | | | |
| 9. N.J. STATE BOND | A | Interest | | | Redeemed | 2/2/09 | K | B | |
| 10. N.J. STATE BOND | A | Interest | | | Redeemed | 2/2/09 | J | A | |
| 11. N.J. STATE BOND | A | Interest | | | Redeemed | 8/3/09 | K | A | |
| 12. N.J. STATE BOND | A | Interest | | | Redeemed | 2/2/09 | K | A | |
| 13. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 14. N.J. STATE BOND | A | Interest | | | Redeemed | 2/2/09 | J | A | |
| 15. ING DIRECT BANK MONEY MARKET & CDs | C | Interest | M | T | | | | | |
| 16. CLINTON TWP N.J. BOND | A | Interest | J | T | | | | | |
| 17. CALIFORNIA STATE BOND | A | Interest | K | T | | | | | |

1 Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 19. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | K | T | | | | | |
| 20. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 21. PORT AUTHORITY BOND | A | Interest | J | T | | | | | |
| 22. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | J | T | | | | | |
| 23. BLACK ROCK SMALL CAP INDEX FUND | A | Dividend | | | Sold | 12/30/09 | J | A | |
| 24. BLACK ROCK S&P 500 INDEX FUND | A | Dividend | J | T | Buy | 12/31/09 | J | | |
| 25. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 1/5/09 | J | | |
| 26. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 2/3/09 | J | | |
| 27. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 3/3/09 | J | | |
| 28. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 4/3/09 | J | | |
| 29. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 5/4/09 | J | | |
| 30. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 6/2/09 | J | | |
| 31. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 7/6/09 | J | | |
| 32. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 8/3/09 | J | | |
| 33. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 9/3/09 | J | | |
| 34. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 10/2/09 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

(2)

| # | Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35. | FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 11/3/09 | J |
| 36. | FIDELITY SPARTAN 500 INDEX FUND | B | Dividend | L | T | BUY | 12/3/09 | J |
| 37. | FIDELITY N J. MUNI MONEY MARKET FUND | A | Dividend | J | T | | | |
| 38. | PORT AUTHORITY OF NY & NJ BOND | B | Interest | K | T | | | |
| 39. | S. JERSEY TRANS AT BOND | B | Interest | K | T | | | |
| 40. | NJ STATE ED FACS BOND | A | Interest | K | T | | | |
| 41. | NJ STATE ED FACS BOND | C | Interest | L | T | | | |
| 42. | S. JERSEY TRANS AT BOND | B | Interest | K | T | | | |
| 43. | LIVINGSTON SCHOOL DIST. BOND | A | Interest | J | T | | | |
| 44. | NJ TRANS TR BOND | C | Interest | K | T | | | |
| 45. | PORT AUTHORITY OF NY & NJ BOND | B | Interest | K | T | | | |
| 46. | PORT AUTHORITY OF NY & NJ BOND | B | Interest | K | T | | | |
| 47. | NJ BUILDING AUTHORITY BOND | B | Interest | L | T | | | |
| 48. | BERGEN COUNTY UTIL. AUTHORITY BOND | B | Interest | L | T | | | |
| 49. | MERRILL LYNCH CMA NJ MUNI MONEY MKT | A | Dividend | J | T | | | |
| 50. | FIDELITY NJ AMT MONEY MARKET FD | A | Dividend | J | T | | | |
| 51. | NJ STATE BOND | A | Interest | J | T | | | |

1 Income Gain Codes      A =$1,000 or less        B =$1,001 - $2,500      C = $2,501 - $5,000     D =$5,001 - $15,000     E - $15,001 - $50,000
  (See Columns B1 and D4)  F -$50,001 - $100,000  G - $100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes            J -$15,000 or less      K =$15,001 - $50,000    L -$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)  N- $250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                         P3 -$25,000,001 - $50,000,000              P4 - More than $50,000,000
3 Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment        T =Cash Market
  (See Column C2)        U =Book Value           V = Other                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 53. PUERTO RICO POWER AUTHORITY BOND | A | Interest | J | T | | | | | |
| 54. HIGHLAND PARK SCHOOL DIST. BOND | A | Interest | K | T | | | | | |
| 55. NJ TRANSIT BOND | B | Interest | K | T | | | | | |
| 56. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 57. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 58. CAPITAL ONE BANK | B | Interest | L | T | | | | | |
| 59. MET LIFE BANK | C | Interest | L | T | | | | | |
| 60. ALLY BANK | C | Interest | L | T | | | | | |
| 61. COLUMBIA CASH RESERVES MONEY MKT | A | Dividend | | | Closed | 12/8/09 | J | | |
| 62. FIDELITY US TREASURY MONEY MKT | A | Dividend | | | Closed | 12/8/09 | L | | |
| 63. PORT AUTHORITY OF NY & NJ BOND | A | Interest | K | T | Buy | 3/23/09 | K | | |
| 64. BAYONNE NJ GEN. IMPROVEMENT BOND | A | Interest | J | T | Buy | 7/27/09 | J | | |
| 65. FIA CARD SERVICES RASP | A | Interest | J | T | Open | 12/1/09 | J | | |
| 66. I SHARES BARCLAY TIPS | A | Interest | K | T | Open | 12/30/09 | K | | |

| 1 Income Gain Codes | A $1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII.

All of the assets of the Invesco Stable Value Fund (reported at Line 12 of my Financial Disclosure Report for Calendar Year 2008) were liquidated on August 19, 2009 and all balances were automatically transferred to the J.P. Morgan U.S. Government Money Market Fund (reported at Line 7 of this report).

Income and gross value for all Fidelity Spartan 500 Index Fund holdings (Lines 25 to 36) are reported at Line 36.

The California State Bond reported at Line 57 of this report was purchased on March 14, 2008 and inadvertently omitted from my Financial Disclosure Report for Calendar Year 2008. The value code at the time of purchase was "J", interest earned in 2008 was code "A", value at the end of the reporting period was code "J" and the valuation method was code "T".

The asset described as GMAC Bank (reported at Line 65 of my Financial Disclosure Report for Calendar Year 2008) is now described as Ally Bank (reported at Line 60 of this report) t o reflect the name change of the financial institution.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat                                                                                      ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544